FILED
CLERK, U.S. DISTRICT COURT

10/5/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LADELL THARPE,<br>　aka "blamp_camp_zavey,"<br>JIMMY LEE VERNON, III,<br>　aka "777jaccpot," and<br>DESHON BELL,<br><br>　　　　Defendants. | CR　2:22-cr-00456-GW<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1951(a)]

[ALL DEFENDANTS]

A.　<u>INTRODUCTORY ALLEGATIONS</u>

At times relevant to this Indictment:

1.　Luxury Jewels of Beverly Hills ("Luxury Jewels") was a store specializing in fine jewelry, watches, gemstones, art, antiques, and collectibles located at 203 South Beverly Drive, Beverly Hills, California.

2. Luxury Jewels sold and distributed products in and affecting interstate commerce. Luxury Jewels obtained goods to be sold from outside California. Luxury Jewels operated an eBay auction account and has sold over 1,300 items to bidders outside California. Luxury Jewels accepted credit card payments for all types of transactions at its store.

B. OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing to on or about March 25, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants LADELL THARPE, also known as "blamp_camp_zavey," JIMMY LEE VERNON, III, also known as "777jaccpot," and DESHON BELL, and others known and unknown to the Grand Jury, conspired with each other to knowingly and intentionally interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a).

C. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendant THARPE would drive in tandem with other vehicles carrying defendant VERNON and other co-conspirators known and unknown to the Grand Jury, and defendant BELL would drive a getaway car to a Luxury Jewels, to commit a robbery.

2. Defendant VERNON, and other conspirators known and unknown to the Grand Jury, would smash the outdoor display window of Luxury Jewels during store hours and in the presence of customers and employees using sledgehammers, destruction bars, and other weapons during store hours to commit the robbery, while defendant THARPE

would remain in a vehicle nearby as a lookout and defendant BELL would wait in a different getaway car.

3. Defendant VERNON, and other co-conspirators known and unknown to the Grand Jury, in the presence of store employees and customers, would use the weapons to smash the display cases and steal luxury jewelry from the display cases.

4. Defendants THARPE and BELL would drive defendant VERNON and other co-conspirators known and unknown to the Grand Jury, away from the robbery location after the robbery was completed.

D. OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendants THARPE, VERNON, and BELL, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, including, but not limited to, the following:

Overt Act No. 1: On March 23, 2022, defendants THARPE, VERNON, and BELL, and other co-conspirators known and unknown to the Grand Jury, drove in tandem in three vehicles from Long Beach, California, to Beverly Hills, California.

Overt Act No. 2: On March 23, 2022, defendant VERNON and other co-conspirators known and unknown to the Grand Jury got out of a Kia to rob Luxury Jewels.

Overt Act No. 3: On March 23, 2022, defendant VERNON smashed the exterior glass display cases of Luxury Jewels multiple times.

Overt Act No. 4: On March 23, 2022, defendant VERNON and other co-conspirators known and unknown to the Grand Jury took items from Luxury Jewels valued at least $2,674,000.

    Overt Act No. 5:    On March 23, 2022, defendant BELL waited near Luxury Jewels, serving as the getaway driver for defendant VERNON and other co-conspirators known and unknown to the Grand Jury.

    Overt Act No. 6:    On March 25, 2022, defendant THARPE posted to his Instagram numerous photos that included large stacks of money and a message praising his "robbery gang."

COUNT TWO

[18 U.S.C. §§ 1951(a), 2(a)]

[ALL DEFENDANTS]

On or about March 23, 2022, in Los Angeles County, within the Central District of California, LADELL THARPE, also known as "blamp_camp_zavey," JIMMY LEE VERNON, III, also known as "777jaccpot," and DESHON BELL, each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendants THARPE, VERNON, and BELL unlawfully took and obtained property consisting of approximately 19 bracelets, seven pairs of earrings, four necklaces, a pair of obelisks, eight rings, and 20 watches valued at approximately $2,674,600 belonging to Luxury Jewels of Beverly Hills from its store located at 203 South Beverly Drive, Beverly Hills, California, the inventory of which traveled in interstate commerce, in the presence of employees of Luxury Jewels, against their will, by means of actual

//

//

and threatened force, violence, and fear of injury, immediate and future, to their persons and property, and property in their custody and possession.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

KEVIN J. BUTLER
KEVIN B. REIDY
Assistant United States Attorneys
Violent and Organized Crime
Section